FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC - 6 2018 ★
BROOKLYN OFFICE

CR 18 651 ORIGINAL

18 MAG 6809

SARAH MORTAZAVI
Assistant United States Attorney

U.S. DISTRICT COURT
FILED
AUG 08 2018
DS
S.D. OF N.Y.

Before:   THE HONORABLE KATHARINE H. PARKER
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - - - X
                                           :   COMPLAINT
UNITED STATES OF AMERICA                   :
                                           :   Violations of
     - v. -                                :   18 U.S.C. §§
                                           :   111(a)(1) & (b)
                                           :   and 115(a)(1)(B)
                                           :
TOWAKI KOMATSU,                            :   COUNTY OF OFFENSE:
                                           :   NEW YORK
                                           :
                      Defendant.           :
                                           :   TISCIONE, M.J.
- - - - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

          LEONARDO TORO, being duly sworn, deposes and says that he is a Deputy of the United States Marshals Service ("USMS"), and charges as follows:

### COUNT ONE

          1. On or about August 8, 2018, in the Southern District of New York, TOWAKI KOMATSU, the defendant, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, to wit, in the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, KOMATSU forcibly assaulted and, in doing so, made physical contact with a Court Security Officer assigned to the United States District Court for the Southern District of New York, thereby inflicting bodily injury.

          (Title 18, United States Code, Sections 111(a)(1) and (b).)

CERTIFIED AS A TRUE COPY ON
THIS DATE  12/4/2018
BY _____ ( ) Clerk
              (✓) Deputy

## COUNT TWO

2. On or about July 9, 2018, in the Southern District of New York, TOWAKI KOMATSU, the defendant, knowingly did threaten to assault, kidnap, and murder, a Federal law enforcement officer, while engaged in and on account of the performance of official duties, with intent to impede, intimidate, and interfere with such Federal law enforcement officer, to wit, in the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, KOMATSU intimidated and impeded a Court Security Officer assigned to the United States District Court for the Southern District of New York by threatening bodily injury.

(Title 18, United States Code, Sections 115(a)(1)(B).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Deputy United States Marshal with the USMS, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and others and my examination of reports, records, photographs, and video. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my training and experience, I am aware that Court Security Officers ("CSOs") are security officers employed by a private company awarded a security contract by the United States Marshals Service ("USMS"). Among other things, CSOs provide security services at federal courthouses in Manhattan.

5. Based on my review of incident reports prepared for the USMS, and my conversations with the victims, I have learned the following:

a. On or about July 9, 2018, at approximately 4:05 PM, TOWAKI KOMATSU, the defendant, became disruptive in the phone check area of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York. KOMATSU

2

told a CSO ("CSO-1"), in substance and in part, "Fuck you . . . Meet me outside and I will fuck u up."

        b. On or about August 8, 2018, TOWAKI KOMATSU, the defendant, saw CSO-1 in plainclothes outside the elevator bank at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York. CSO-1 was on his way to the locker room at the courthouse to change into his uniform and start his shift. Upon seeing CSO-1, KOMATSU told him, "fuck you, faggot." CSO-1 responded, "fuck you."

        c. TOWAKI KOMATSU, the defendant, then charged at CSO-1 with a black pen in his hand. CSO-1 caught KOMATSU's raised arm and subdued KOMATSU.

        WHEREFORE, deponent respectfully requests that TOWAKI KOMATSU, the defendant, be arrested and imprisoned or bailed, as the case may be.

_____
LEONARDO TORO
Deputy United States Marshal
United States Marshal Service

Sworn to before me this
8th day of August, 2018

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK